158 A.3d 79

COMMONWEALTH of Pennsylvania, Respondent

v.

Muhammud Binabdulrahi HILL, Petitioner

No. 305 MAL 2016

Supreme Court of Pennsylvania.

September 27, 2016

## ORDER

PER CURIAM

**AND NOW**, this 27th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.